■ OLGA KLEPOV, Respondent, v MICHAEL PORGES, Appellant, et al., Defendants. [828 NYS2d 893]—Appeal from order, Supreme Court, New York County (Harold B. Beeler, J.), entered December 20, 2005, which, inter alia, granted plaintiff's motion for summary judgment and denied defendant Porges's cross motion for similar relief, unanimously dismissed as academic, with costs in favor of plaintiff payable by defendant-appellant.

After perfecting this appeal, defendant Porges entered into a so-ordered stipulation directing that the closing on the subject property take place forthwith but no later than October 30, 2006. As a result, the matter was marked disposed of at IAS, rendering this appeal academic. Plaintiff's request for sanctions against Porges's counsel is denied. Concur—Mazzarelli, J.P., Saxe, Marlow, Nardelli and Gonzalez, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE CONDE, Appellant. [828 NYS2d 893]—Judgment, Supreme Court, Bronx County (Patricia Anne Williams, J.), rendered February 4, 2003, convicting defendant, after a jury trial, of stalking in the third degree and criminal contempt in the second degree, and sentencing him to concurrent terms of one year, unanimously affirmed.

The verdict was not against the weight of the evidence. There is no basis for disturbing the jury's determinations concerning credibility (see People v Bleakley, 69 NY2d 490, 495 [1987]).

The court properly exercised its discretion in denying defendant's mistrial motion, made after a witness testified about an uncharged crime, since the evidence was not highly prejudicial under the circumstances of the case and since the court's thorough curative actions were sufficient to prevent defendant from being prejudiced (see People v Santiago, 52 NY2d 865 [1981]). Concur—Mazzarelli, J.P., Saxe, Marlow, Nardelli and Gonzalez, JJ.